IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PAUL BERNARD COLEMAN**  **PLAINTIFF**
Reg #10679-067

v.   CASE NO. 2:22-CV-00064-BSM

**JOHN P. YATES**
Warden, Forrest City Low   **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 13] is adopted. Paul Coleman's section 2241 petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 19th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE