IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PAUL BERNARD COLEMAN**  **PLAINTIFF**
Reg #10679-067

v.  CASE NO. 2:22-CV-00064-BSM

**JOHN P. YATES**
Warden, Forrest City Low  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE